IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )        8:23CR197
                                    )
    vs.                             )
                                    )
KENE D. COLEMAN,                    )        ORDER
                                    )
            Defendant.              )

    This matter is before the court on the defendant's Unopposed Motion to Continue Trial [21]. Counsel needs additional time to resolve this matter short of trial. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [21] is granted, as follows:

1. The jury trial, now set for November 14, 2023, is continued to **January 16, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 16, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    DATED: November 3, 2023

    BY THE COURT:

    s/Susan M. Bazis
    **United States Magistrate Judge**